UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, New Jersey  07601

Virginia E. Fortunato, Esq.
Attorney for Debtor, Lee Ann Clark

Order Filed on March 6, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

LEE ANN CLARK,

          Debtor

Case No.:    24-15950/SLM1

Chapter:    13

Judge:    Stacey L. Meisel

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: March 6, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

On ___02/11/2026_____, an application was filed for the

Claimant(s), _Lee Ann Clark_____, for payment of unclaimed funds

deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting

documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is

hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $_19,213.94_____ held in

unclaimed funds be made payable to _Lee Ann Clark_____

and be disbursed to the payee at the following address:

1105 Avalon Circle_____

Wayne, NJ 07470_____

_____

_____

The Clerk will disburse these funds not earlier than 14 days after entry of this Order.

*rev. 5/19/2025*

2