**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lee Ann Clark | Social Security number or ITIN   xxx–xx–8266 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   24–15950–SLM

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lee Ann Clark
aka Lee Ann Clark, aka Leeann Clark, aka Lee Clark

4/14/26

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 24-15950-SLM |
|---|---|
| Lee Ann Clark | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2026 | Form ID: 3180W | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lee Ann Clark, 1105 Avalon Circle, Wayne, NJ 07470-2226 |
| r | + | Bruce E. Whitaker, 245 East Main Street, P.O. Box 379, Ramsey, NJ 07446-0379 |
| r | + | Helen Martino, Christie's In t'l Rea l Esta te Group, 1009 MacArthur Boulevard, Mahwah, NJ 07430-3612 |
| 520297475 | + | Concora Credit Corporate Headquarters, 14600 NW Greenbrier Parkway, Beaverton, OR 97006-5745 |
| 520297484 | + | Flagstaff Bank FSB, Att: Frenkel Lambert Weiss et al, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 520297485 | | Flagstar Bank, P.O. Box 619022, Westwood, NJ 07675 |
| 520297488 | + | Flagstar Bank, FSB (FDIC), 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520886948 | + | Lee Ann Clark, 153 Vista Terrace, Pompton Lakes, NJ 07442-1476 |
| 520297496 | | MTA Bridges and Tunnels, 500 Virginia Drivem- Suite 514 Ft., Washington, PA 19034 |
| 520297497 | + | MTA Bridges and Tunnels, 1 Randalls Island Park, New York, NY 10035-5100 |
| 520297504 | | NJ EZ-Pass/CCS, P.O. Box 55126, Boston, MA 02205-5126 |
| 520297501 | + | New Jersey Healthcare Specialists P.C., Att: Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520297500 | | New Jersey Healthcare Specialists P.C., P.O. Box 10006, Boston, MA 02241-7191 |
| 520297505 | + | Oradell Animal Hospital, 580 Winters Avenue, Paramus, NJ 07652-3902 |
| 520297506 | + | Oradell Animal Hospital, Att: Pressler, Felt & Warswhaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520297508 | | Pediatric Surgical Care, LLC, 321 Paramus Road, Paramus, NJ 07652 |
| 520297509 | | Pediatric Surgical Care, LLC, Att: Michael Harrison, Esq., 3155 Rou7te 10 East - Suite 214, Denville, NJ 07834 |
| 520297519 | + | Valley Hospital, 223 North Van Dien Avenue, Ridgewood, NJ 07450-2736 |
| 520297520 | + | Valley Hospital, Att: Celentano, Stadtmauer & Walentowicz, 10395 Route 46 East - Suite B208, P.O. Box 2594, Clifton, NJ 07015-2594 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 14 2026 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 14 2026 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520390783 | + | EDI: MAXMSAIDV | Apr 15 2026 00:34:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520335700 | + | EDI: AIS.COM | Apr 15 2026 00:34:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520297474 | | EDI: PHINGENESIS | Apr 15 2026 00:34:00 | Concora Credit, P.O. Box 96541, Charlotte, NC 28296-0541 |
| 520297476 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 14 2026 20:48:58 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |

District/off: 0312-2                                 User: admin                                          Page 2 of 4

Date Rcvd: Apr 14, 2026                            Form ID: 3180W                                    Total Noticed: 61

| | | | |
|---|---|---|---|
| 520297477 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 14 2026 20:48:55 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520297478 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 14 2026 20:48:55 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520297479 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 14 2026 20:49:29 | Credit One Bank, NA (FDIC), 6801 South Cimarron Road, Las Vegas, NV 89113-2273 |
| 520297481 | Email/Text: bankruptcycourts@equifax.com | Apr 14 2026 20:51:00 | Equifax, 1550 Peartree Street NW, Atlanta, GA 30309 |
| 520297480 | ^ MEBN | Apr 14 2026 20:44:15 | Equifax, P.O. Box 105851, Atlanta, GA 30348-5851 |
| 520297483 | ^ MEBN | Apr 14 2026 20:45:13 | Experian, 475 Anton Boulevard, Costa Mesa, CA 92626-7037 |
| 520297482 | ^ MEBN | Apr 14 2026 20:45:09 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520297486 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 14 2026 20:50:00 | Flagstar Bank, Att: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520297487 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 14 2026 20:50:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520361760 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 14 2026 20:50:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520297489 | + EDI: PHINGENESIS | Apr 15 2026 00:34:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520297490 | + EDI: PHINGENESIS | Apr 15 2026 00:34:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 520297493 | EDI: IRS.COM | Apr 15 2026 00:34:00 | IRS, POB 7436, Philadelphia, PA 19101-7436 |
| 520297491 | + EDI: PHINGENESIS | Apr 15 2026 00:34:00 | Indigo Mastercard, Att: FS Card Services, Inc., P.O. Box 4477, Beaverton, OR 97076-4401 |
| 520362942 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 20:49:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520297494 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2026 20:51:00 | Midland Credit Manageme Corp. Office, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520297495 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2026 20:51:00 | Midland Credit Management, Inc., 350 Camino de la Reina, Suite 100, San Diego, CA 92108-3007 |
| 520297503 | + Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 14 2026 20:50:00 | NJ EZ-Pass, 375 McCarter Highway, Newark, NJ 07114-9801 |
| 520474682 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 14 2026 20:50:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520297499 | + EDI: MAXMSAIDV | Apr 15 2026 00:34:00 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520297498 | + EDI: MAXMSAIDV | Apr 15 2026 00:34:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520297507 | + Email/Text: recovery@paypal.com | Apr 14 2026 20:50:00 | Pay Pal Corporate Office Headquarters, 2211 North First Street, San Jose, CA 95131-2021 |
| 520297510 | + Email/Text: panynjbankruptcynotices@panynj.gov | Apr 14 2026 20:51:00 | Port Authority of New York & New Jersey, Corporate Offices, 4 World Trade Center, 150 Greenwich Street - Fl 24, New York, NY 10007-2373 |
| 520336574 | EDI: Q3G.COM | Apr 15 2026 00:34:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0312-2 | User: admin | Page 3 of 4
Date Rcvd: Apr 14, 2026 | Form ID: 3180W | Total Noticed: 61

| 520547594 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
|---|---|---|---|
| | | Apr 14 2026 20:52:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520548040 | + Email/Text: RASEBN@raslg.com | | |
| | | Apr 14 2026 20:50:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520547593 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Apr 14 2026 20:52:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520297511 | + EDI: SYNC | | |
| | | Apr 15 2026 00:34:00 | Synchrony Bank (FDIC), 170 West Election Road - Suite 125, Draper, UT 84020-6425 |
| 520367918 | Email/Text: bankruptcy@tfifinance.com | | |
| | | Apr 14 2026 20:51:00 | TFI Group LLC, PO Box 1168, Hamburg, NY 14075 |
| 520297513 | Email/Text: DASPUBREC@transunion.com | | |
| | | Apr 14 2026 20:50:00 | Trans Union Corporate Office, 555 W. Adams Street, Chicago, IL 60661 |
| 520297512 | ^ MEBN | | |
| | | Apr 14 2026 20:44:30 | Trans Union, P.O. Box 2000, Chester, PA 19016-2000 |
| 520297515 | Email/Text: bankruptcies@uplift.com | | |
| | | Apr 14 2026 20:50:00 | Uplft/cb, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520297514 | Email/Text: bankruptcies@uplift.com | | |
| | | Apr 14 2026 20:50:00 | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520297517 | Email/Text: bankruptcies@uplift.com | | |
| | | Apr 14 2026 20:50:00 | Uplift Inc, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520297516 | Email/Text: bankruptcies@uplift.com | | |
| | | Apr 14 2026 20:50:00 | Uplift Inc, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520297518 | Email/Text: bankruptcies@uplift.com | | |
| | | Apr 14 2026 20:50:00 | Uplift Inc., Att: Bankruptcy, 440 N Wolfe Road, Sunnyvale, CA 94085 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520297492 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 955 S. Springfield Avenue, Bldg. A, Springfield, NJ 07081 |
| 520297521 | * | Valley Hospital, 223 North Van Dien Avenue, Ridgewood, NJ 07450-2736 |
| 520297502 | ##+ | New Jersey Healthcse Specialists P.C., Att: Physician Office Partners, Inc., 6050 Sprint Parkway - Suite 300, Overland Park, KS 66211-1195 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026 | Signature: | /s/Gustava Winters

District/off: 0312-2

Date Rcvd: Apr 14, 2026

User: admin

Form ID: 3180W

Page 4 of 4

Total Noticed: 61

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor Select Portfolio Servicing Inc. cwoerner@raslg.com |
| Douglas J. McDonough | on behalf of Creditor Flagstar Bank N.A. dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Nathalie Rodriguez | on behalf of Creditor Select Portfolio Servicing Inc. nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor Lee Ann Clark njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 7